**RULE 1007-4   PROOF OF INCOME**
**CASE NO.**
**DEBTOR: ERNEST O. RYAN**
**JOINT DEBTOR: SUSAN R. RYAN**

**CHROMAGLASS, INC.**                                                                                          10224

Ernest O. Ryan

Employee ID: 1009
Social Sec #: xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,999.00 | 24,743.30 | Regular | 80.00 | 19.00 | 1,520.00 |
| Fed Income | -126.77 | -1,232.66 | Overtime |  | 28.50 |  |
| Soc Sec | -123.94 | -1,534.09 | Special | 47.90 | 10.00 | 479.00 |
| Medicare | -28.99 | -358.78 |  |  |  |  |
| State | -61.37 | -759.61 |  |  |  |  |
| Local | -19.99 | -247.46 |  |  |  |  |

Net Check: $1,637.94
Pay Period Beginning: Jun 22, 2014
Pay Period Ending: Jul 5, 2014

Check Date: 7/10/14
Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**                                                                                          10331

Ernest O. Ryan

Employee ID: 1009
Social Sec #: xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,691.00 | 29,808.50 | Regular | 80.00 | 19.00 | 1,520.00 |
| Fed Income | -80.57 | -1,485.76 | Overtime | 6.00 | 28.50 | 171.00 |
| Soc Sec | -104.84 | -1,848.13 | Special |  | 10.00 |  |
| Medicare | -24.52 | -432.23 |  |  |  |  |
| State | -51.91 | -915.11 |  |  |  |  |
| Local | -16.91 | -298.11 |  |  |  |  |

Net Check: $1,412.25
Pay Period Beginning: Aug 3, 2014
Pay Period Ending: Aug 16, 2014

Check Date: 8/21/14
Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**                                                                                          10364

Ernest O. Ryan

Employee ID: 1009
Social Sec #: xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 2,017.00 | 31,825.50 | Regular | 76.00 | 19.00 | 1,444.00 |
| Fed Income | -129.47 | -1,615.23 | Overtime | 4.00 | 28.50 | 114.00 |
| Soc Sec | -125.05 | -1,973.18 | Special | 45.90 | 10.00 | 459.00 |
| Medicare | -29.25 | -461.48 |  |  |  |  |
| State | -61.92 | -977.03 |  |  |  |  |
| Local | -20.17 | -318.28 |  |  |  |  |

Net Check: $1,651.14
Pay Period Beginning: Aug 17, 2014
Pay Period Ending: Aug 30, 2014

Check Date: 9/4/14
Weeks in Pay Period: 2

**CHROMAGLASS, INC.**
Ernest O. Ryan

10455

Employee ID: 1009
Social Sec #: xxx-xx-3524

| | This Check | Year to Date | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 2,262.60 | 35,608.10 | Regular | 80.00 | 19.00 | 1,520.00 |
| Fed Income | -166.31 | -1,841.42 | Overtime | | 28.50 | |
| Soc Sec | -140.28 | -2,207.70 | Special | 74.26 | 10.00 | 742.60 |
| Medicare | -32.81 | -516.33 | | | | |
| State | -69.46 | -1,093.15 | | | | |
| Local | -22.63 | -356.11 | | | | |

Net Check: $1,831.11
Pay Period Beginning: Sep 14, 2014
Pay Period Ending: Sep 27, 2014
Check Date: 10/2/14
Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**
1201 Randall Court
Export, PA 15632

**First Commonwealth.**
First Commonwealth Bank
Central Office, Indiana, PA 15701-0400
Corporate Office-Eastern
60-682-433

10455

Oct 2, 2014        1,831.11
DATE              AMOUNT

One Thousand Eight Hundred Thirty-One and 11/100 Dollars

PAY TO THE ORDER OF
Ernest O. Ryan
9033 Maple Street
Pittsburgh, PA 15239

AUTHORIZED SIGNATURE

⑆000010455⑆ ⑈043306826⑈ 0044 162316⑈

NOT NEGOTIABLE

CHROMAGLASS, INC.                    10455

NOT NEGOTIABLE

PRODUCT DLM102    USE WITH 91500 ENVELOPE                    PRINTED IN U.S.A.    A
921 BCBD5C STXRX7 03/12/2014 10:23

**CHROMAGLASS, INC.**                                                                                                     10403
Ernest O. Ryan

| | | | | Employee ID: | 1009 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Social Sec # | xxx-xx-3524 | |
| | This Check | Year to Date | | Hours | Rate | Total |
| Gross | 1,520.00 | 33,345.50 | Regular | 80.00 | 19.00 | 1,520.00 |
| Fed Income | -59.88 | -1,675.11 | Overtime | | 28.50 | |
| Soc Sec | -94.24 | -2,067.42 | Special | | 10.00 | |
| Medicare | -22.04 | -483.52 | | | | |
| State | -46.66 | -1,023.69 | | | | |
| Local | -15.20 | -333.48 | | | | |

Net Check: $1,281.98
Pay Period Beginning: Aug 31, 2014                                                    Check Date: 9/18/14
Pay Period Ending: Sep 13, 2014                                                       Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**                                                                                                     10501
Ernest O. Ryan

| | | | | Employee ID: | 1009 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Social Sec # | xxx-xx-3524 | |
| | This Check | Year to Date | | Hours | Rate | Total |
| Gross | 1,634.00 | 37,242.10 | Regular | 80.00 | 19.00 | 1,520.00 |
| Fed Income | -72.02 | -1,913.44 | Overtime | 4.00 | 28.50 | 114.00 |
| Soc Sec | -101.31 | -2,309.01 | Special | | 10.00 | |
| Medicare | -23.69 | -540.02 | | | | |
| State | -50.16 | -1,143.31 | | | | |
| Local | -16.34 | -372.45 | | | | |

Net Check: $1,370.48
Pay Period Beginning: Sep 28, 2014                                                    Check Date: 10/16/14
Pay Period Ending: Oct 11, 2014                                                       Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**                                                                                                     10534
Ernest O. Ryan

| | | | | Employee ID: | 1009 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Social Sec # | xxx-xx-3524 | |
| | This Check | Year to Date | | Hours | Rate | Total |
| Gross | 1,501.00 | 38,743.10 | Regular | 79.00 | 19.00 | 1,501.00 |
| Fed Income | -57.98 | -1,971.42 | Overtime | | 28.50 | |
| Soc Sec | -93.06 | -2,402.07 | Special | | 10.00 | |
| Medicare | -21.76 | -561.78 | | | | |
| State | -46.08 | -1,189.39 | | | | |
| Local | -15.01 | -387.46 | | | | |

Net Check: $1,267.11
Pay Period Beginning: Oct 12, 2014                                                    Check Date: 10/30/14
Pay Period Ending: Oct 25, 2014                                                       Weeks in Pay Period: 2

**CHROMAGLASS, INC.**
Ernest O. Ryan

10568

Employee ID: 1009
Social Sec #: xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 2,676.70 | 41,419.80 | Regular | 77.00 | 19.00 | 1,463.00 |
| Fed Income | -228.43 | -2,199.85 | Overtime | 4.00 | 28.50 | 114.00 |
| Soc Sec | -165.96 | -2,568.03 | Special | 109.97 | 10.00 | 1,099.70 |
| Medicare | -38.81 | -600.59 |  |  |  |  |
| State | -82.17 | -1,271.56 |  |  |  |  |
| Local | -26.77 | -414.23 |  |  |  |  |

Net Check: $2,134.56
Pay Period Beginning: Oct 26, 2014
Pay Period Ending: Nov 8, 2014

Check Date: 11/13/14
Weeks in Pay Period: 2



**CHROMAGLASS, INC.**
1201 Randall Court
Export, PA 15632

**First Commonwealth.**
First Commonwealth Bank
Central Office: Indiana, PA 15701-0400
Corporate Office-Eastern
60-682-433

10568

Nov 13, 2014         2,134.56
DATE                 AMOUNT

Two Thousand One Hundred Thirty-Four and 56/100 Dollars

PAY TO THE ORDER OF
Ernest O. Ryan
9033 Maple Street
Pittsburgh, PA  15239

AUTHORIZED SIGNATURE

⑈000l0568⑈ ⑆043306826⑆ 0044 162316⑈

**CHROMAGLASS, INC.**                                           10568

NOT NEGOTIABLE

PRODUCT DLM102   USE WITH 81500 ENVELOPE              PRINTED IN U.S.A.

**CHROMAGLASS, INC.**

Ernest O. Ryan

Employee ID: 1009
Social Sec #: xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,444.00 | 42,863.80 | Regular | 76.00 | 19.00 | 1,444.00 |
| Fed Income | -52.28 | -2,252.13 | Overtime |  | 28.50 |  |
| Soc Sec | -89.53 | -2,657.56 | Special |  | 10.00 |  |
| Medicare | -20.94 | -621.53 |  |  |  |  |
| State | -44.33 | -1,315.89 |  |  |  |  |
| Local | -14.44 | -428.67 |  |  |  |  |

Net Check: $1,222.48
Pay Period Beginning: Nov 9, 2014
Pay Period Ending: Nov 22, 2014
Check Date: 11/26/14
Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**  10639

Ernest O. Ryan

Employee ID: 1009
Social Sec #: xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,724.40 | 44,588.20 | Regular | 70.50 | 19.00 | 1,339.50 |
| Fed Income | -85.58 | -2,337.71 | Overtime |  | 28.50 |  |
| Soc Sec | -106.91 | -2,764.47 | Special | 38.49 | 10.00 | 384.90 |
| Medicare | -25.00 | -646.53 |  |  |  |  |
| State | -52.94 | -1,368.83 |  |  |  |  |
| Local | -17.24 | -445.91 |  |  |  |  |

Net Check: $1,436.73
Pay Period Beginning: Nov 23, 2014
Pay Period Ending: Dec 6, 2014
Check Date: 12/11/14
Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**  10681

Ernest O. Ryan

Employee ID: 1009
Social Sec #: xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 2,434.50 | 47,022.70 | Regular | 69.50 | 19.00 | 1,320.50 |
| Fed Income | -192.10 | -2,529.81 | Overtime | 4.00 | 28.50 | 114.00 |
| Soc Sec | -150.94 | -2,915.41 | Soecial | 100.00 | 10.00 | 1,000.00 |
| Medicare | -35.30 | -681.83 |  |  |  |  |
| State | -74.74 | -1,443.57 |  |  |  |  |
| Local | -24.35 | -470.26 |  |  |  |  |

Net Check: $1,957.07
Pay Period Beginning: Dec 7, 2014
Pay Period Ending: Dec 20, 2014
Check Date: 12/23/14
Weeks in Pay Period: 2

**CHROMAGLASS, INC.**                                                                              10700

Ernest O. Ryan

Employee ID: 1009
Social Sec # xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,714.40 | 1,714.40 | Regular | 78.00 | 19.00 | 1,482.00 |
| Fed Income | -84.08 | -84.08 | Special | 23.24 | 10.00 | 232.40 |
| Soc Sec | -106.29 | -106.29 |  |  |  |  |
| Medicare | -24.86 | -24.86 |  |  |  |  |
| State | -52.63 | -52.63 |  |  |  |  |
| Local | -17.14 | -17.14 |  |  |  |  |

Net Check:             $1,429.40
Pay Period Beginning:  Dec 26, 2014
Pay Period Ending:     Jan 8, 2015

Check Date: 1/8/15
Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**                                                                              10736

Ernest D. Ryan

Employee ID: 1009
Social Sec # xxx-xx-3524

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,467.75 | 3,182.15 | Regular | 76.50 | 19.00 | 1,453.50 |
| Fed Income | -54.66 | -138.74 | Overtime | 0.50 | 28.50 | 14.25 |
| Soc Sec | -91.00 | -197.29 | Special |  | 10.00 |  |
| Medicare | -21.28 | -46.14 |  |  |  |  |
| State | -45.06 | -97.69 |  |  |  |  |
| Local | -14.68 | -31.82 |  |  |  |  |

Net Check:             $1,241.07
Pay Period Beginning:  Jan 4, 2015
Pay Period Ending:     Jan 17, 2015

Check Date: 1/22/15
Weeks in Pay Period: 2

**CHROMAGLASS, INC.**

Ernest O. Ryan

10773

|  | This Check | Year to Date |  | Employee ID: | 1009 |  |
|---|---|---|---|---|---|---|
|  |  |  |  | Social Sec # | xxx-xx-3524 |  |
|  |  |  |  | Hours | Rate | Total |
| Gross | 2,196.50 | 5,378.65 | Regular | 80.00 | 19.00 | 1,520.00 |
| Fed Income | -156.40 | -295.14 | Overtime | 6.00 | 28.50 | 171.00 |
| Soc Sec | -136.18 | -333.47 | Special | 50.55 | 10.00 | 505.50 |
| Medicare | -31.85 | -77.99 |  |  |  |  |
| State | -67.43 | -165.12 |  |  |  |  |
| Local | -21.97 | -53.79 |  |  |  |  |

Net Check: $1,782.67

Pay Period Beginning: Jan 18, 2015
Pay Period Ending: Jan 31, 2015

Check Date: 2/5/15
Weeks in Pay Period: 2

**CHROMAGLASS, INC.**                                                                                   10801

Ernest O. Ryan

Employee ID: 1009
Social Sec #: xxx-xx-3524

| | This Check | Year to Date | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,330.00 | 6,708.65 | Regular | 70.00 | 19.00 | 1,330.00 |
| Fed Income | -40.88 | -336.02 | Overtime | | 28.50 | |
| Soc Sec | -82.46 | -415.93 | Special | | 10.00 | |
| Medicare | -19.29 | -97.28 | | | | |
| State | -40.83 | -205.95 | | | | |
| Local | -13.30 | -67.09 | | | | |

Net Check: $1,133.24
Pay Period Beginning: Feb 1, 2015
Pay Period Ending: Feb 14, 2015

Check Date: 2/19/15
Weeks in Pay Period: 2

---

**CHROMAGLASS, INC.**                                                                                   10831

Ernest O. Ryan

Employee ID: 1009
Social Sec #: xxx-xx-3524

| | This Check | Year to Date | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 1,769.30 | 8,477.95 | Regular | 70.50 | 19.00 | 1,339.50 |
| Fed Income | -84.36 | -420.38 | Overtime | | 28.50 | |
| Soc Sec | -109.70 | -525.63 | Special | 42.98 | 10.00 | 429.80 |
| Medicare | -25.65 | -122.93 | | | | |
| State | -54.32 | -260.27 | | | | |
| Local | -17.69 | -84.78 | | | | |
| K401 | -53.08 | -53.08 | | | | |

Net Check: $1,424.50
Pay Period Beginning: Feb 15, 2015
Pay Period Ending: Feb 28, 2015

Check Date: 3/5/15
Weeks in Pay Period: 2