**B9I (Official Form 9I)** (Chapter 13 Case) (12/12)     Case Number **15−21019−GLT**

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF PENNSYLVANIA |
|---|

# Notice of
# Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 3/26/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ernest O. Ryan<br>9033 Maple Street<br>Pittsburgh, PA 15239 | Susan R. Ryan<br>9033 Maple Street<br>Pittsburgh, PA 15239 |
| Case Number:<br>15−21019−GLT | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−3524<br>xxx−xx−4436 |
| Attorney for Debtor(s) (name and address):<br>Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−391−8000 | Bankruptcy Trustee (name and address):<br>Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |

## Meeting of Creditors
***Debtor's Photo ID and Social Security Card Must be Presented at the 341 Meeting***

Date: **April 27, 2015**      Time: **09:00 AM**

Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **7/27/15**      For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **9/22/15**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 6/26/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **4/27/15**, Time: **09:00 AM**, Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219**

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−644−2700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Michael R. Rhodes |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:30 PM | Date: 3/27/15 |

# EXPLANATIONS

B9I (Official Form 9I) (12/12)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. the debtor is required to timely make all payments to the trustee. The first payment is due (30) days after the Chapter 13 Plan has been filed. Any failure to make preconfirmation payments to the trustee may result in the dismissal of the case on the trustee's written or oral motion made prior to or at the plan confirmation hearing. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code § 1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | The Court has an electronic filing system. Attorneys must follow the Court's local rules and procedures governing the manner in which documents must be filed. Any paper filed by non–attorneys in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Photo ID/Delays | For security reasons, you may encounter delays when attending court hearings. You should be prepared to show Photo Identification when attending these preceedings, Please plan accordingly. |

## Refer to Other Side for Important Deadlines and Notices

A hearing on a reaffirmation agreement will be fixed only upon request by motion.
A list of creditors can be obtained from the Clerk's office. For copies, call (412)644–2700.

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0315−2 | User: bsil | Date Created: 3/27/2015 |
| Case: 15−21019−GLT | Form ID: B9I | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr           Duquesne Light Company

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Ernest O. Ryan          9033 Maple Street        Pittsburgh, PA 15239
jdb          Susan R. Ryan           9033 Maple Street        Pittsburgh, PA 15239
ust          Office of the United States Trustee         Liberty Center.         1001 Liberty Avenue, Suite 970         Pittsburgh, PA 15222
tr           Ronda J. Winnecour           Suite 3250, USX Tower           600 Grant Street         Pittsburgh, PA 15219
aty          Kenneth M. Steinberg         Steidl & Steinberg         Suite 2830 Gulf Tower.         707 Grant Street         Pittsburgh, PA 15219
aty          Peter J. Ashcroft         Bernstein−Burkley, P.C.         Suite 2200, Gulf Tower         Pittsburgh, PA 15219−1900
smg          Pennsylvania Dept. of Revenue         Department 280946         P.O. Box 280946         ATTN: BANKRUPTCY DIVISION         Harrisburg, PA 17128−0946
14017464     Capital One Bank         PO Box 71083         Charlotte, NC 28272
14017465     Care Credit/Synchrony Bank         PO Box 960061         Orlando, FL 32896−0061
14017466     Chase/Slate         PO Box 15153         Wilmington, DE 19886−5153
14017467     Credit Management         P.O. Box 16346         Pittsburgh, PA 15242
14017468     Credit One Bank         P.O. Box 60500         City of Industry, CA
14017469     Duquesne Light Company         PO Box 61         Pittsburgh, PA 15267
14017470     Honda Financial Services         PO Box 7829         Philadelphia, PA 19101
14017471     I Care Medical LLC         PO Box 5657         Johnstown, PA 15904
14017472     JCP/Sychrony Bank         PO Box 960090         Orlando, FL 32896
14017473     Juniper/Barclays         PO Box 13337         Philadelphia, PA 19101
14017474     M&T Bank         PO Box 62182         Baltimore, MD 21264
14017475     Paypal         2211 North First Street         San Jose, CA 95131
14017476     Peoples         PO Box 747105         Pittsburgh, PA 15274
14017477     Premier Medical Associates         PO Box 644985         Pittsburgh, PA 15264
14017478     Sam's Club/Synchrony Bank         PO Box 530942         Atlanta, GA 30353−0942
14017479     The Afffiliated Group         3055 41st NW, Suite 100         Rochester, MN 55901
14017480     Verizon         PO Box 920041         Dallas, TX 75392
14017481     Wal−Mart/Synchrony Bank         PO Box 530927         Atlanta, GA 30353−0927
14017482     Wal−Mart/Synchrony Bank         PO Box 965024         Orlando, FL 32896

TOTAL: 26