FILED
2015 APR 1 A 11:02
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: ) | |
| ) | |
| Ernest O. Ryan ) | Bankruptcy No. 15-21019 GLT |
| Susan R. Ryan ) | |
|     Debtors ) | |
| SSN XXX-XX-3524 ) | Chapter 13 |
| SSN XXX-XX-4436 ) | |
| ) | |
| Ernest O. Ryan ) | Related to Docket No. 13 |
|     *Movant* ) | |
| ) | |
|     vs. ) | |
| Chromaglass Inc. ) | |
|     *Respondent* ) | |

## ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition
IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

    Chromoglass, Inc.
    Attn: Payroll Department
    1201 Randall Court
    Export, PA  15632

deduct from said income the sum of **$715.50 from each bi-weekly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

    Ronda Winnecour
    Chapter 13 Trustee, W.D. PA
    P. O. Box 1132
    Memphis, TN  38101-1132

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

DATED this __1st__ day of __April__, 2015.

_____
drb
U.S. BANKRUPTCY JUDGE

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Case Administrator to Serve: Debtor, Debtor's Attorney and Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 15-21019-GLT
Ernest O. Ryan                                                  Chapter 13
Susan R. Ryan
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: bsil              Page 1 of 1              Date Rcvd: Apr 01, 2015
                               Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2015.
db/jdb         +Ernest O. Ryan,    Susan R. Ryan,    9033 Maple Street,    Pittsburgh, PA 15239-1627

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2015 at the address(es) listed below:
              Kenneth M. Steinberg    on behalf of Joint Debtor Susan R. Ryan julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;npalashoff@steidl-steinberg.com;leslie.nebel@steidl-steinber
               g.com
              Kenneth M. Steinberg    on behalf of Debtor Ernest O. Ryan julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;npalashoff@steidl-steinberg.com;leslie.nebel@steidl-steinber
               g.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 5