IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Ernest O. Ryan | ) | Bankruptcy No. 15-21019 GLT |
| Susan R. Ryan | ) | |
|     Debtors | ) | |
| SSN XXX-XX-3524 | ) | Chapter 13 |
| SSN XXX-XX-4436 | ) | |
| | ) | |
| Ernest O. Ryan | ) | Document No. 14 |
|     *Movant* | ) | |
| | ) | |
|     vs. | ) | |
| Chromaglass Inc. | ) | |
|     *Respondent* | ) | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) April 7, 2015.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail                              .

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Chromoglass, Inc.
Attn: Payroll Department
1201 Randall Court
Export, PA 15632

Ernest O. Ryan
9033 Maple Street
Pittsburgh, PA 15239

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

By:  /s/ Kenneth M. Steinberg
    Kenneth M. Steinberg, Esquire
    Attorney for the Debtor

    STEIDL & STEINBERG
    Suite 2830, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    Kenny.steinberg@steidl-steinberg.com
    PA I.D. No. 31244