# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ernest O. Ryan<br>       Susan R. Ryan<br>              <u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 15-21019 GLT |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf M&T Bank as servicer for Lakeview Loan Servicing LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8978

                                        Respectfully submitted,

                                        **/s/ Andrew F. Gornall, Esquire**
                                        Andrew F. Gornall, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        Phone: 215-825-6311
                                        Fax: 215-627-7734