# MINUTES OF CHAPTER 13 § 341 (a) MEETINGS OF CREDITORS
## (AND SETTLEMENT/CONFERENCE AND PLAN CONFIRMATIONS)

CASE # 15-21019    (GLT)/JAD/TPA/CMB    Date of Meeting: 4/27/15

Debtor(s): Ryan _____    (Recording # 3 )

Debtor(s) present ✔ or Not Present    ( No Payments Made or ___ partial payments)

Attorney for debtor(s): Steinberg J Steid (Present ___ or Not Present ✔ )

Date of Plan at § 341: 3-10-15 _____

___ ✔ Photo ID and Proof of SSN displayed by debtor(s) and reviewed

___ ✔ Name and Address verified on record

___ ✔ Counsel for debtor(s) submitted documentation showing how the debtor's current monthly income and disposable income have been computed.

The plan's compliance with LAT_____ BE_____ reviewed

___ ✔ Debtor's § 341 Statement submitted and verified

Need copy ___ ✔ Copy of most recent year's federal income tax return received by Trustee

___ ✔ Past 4 years tax returns filed or _____ not all filed, meeting to be held open and continued to date set forth below, for the following returns:

_____

___ (Y/N) DSO obligation? If yes, (H)_____ or (W) _____

___ ✔ Prior Ch. 7 discharge in past 4 years or _____ Ch. 13 discharge in past 2 years?

Additional Notes:

Plan overstates % rate for Honda

U.S. BANKRUPTCY
2015 APR 30 PM 12: 58

_____ Meeting held and Closed

___ ✔ Meeting held but continued (not closed) Need copy of 2014 tax return

_____ Rescheduling by Clerk requested

_____ Continued by Trustee to: 9/24/15 @ 1:00 (this is a 341 meeting day, OR ✔ in conjunction with the conciliation conference shown below)

_____ Meeting not held: _____ Rule to Show Cause Order Requested

_____ Rescheduling by Clerk Requested

_____ Trustee/Debtor(s) request _____ Dismissal/ _____ Conversion to Chapter 7

___ ✔ Confirmation Order submitted ( ___ Final or ✔ Interim Basis)

___ ✔ Conciliation Conference scheduled for 9/24/15 @ 1:00

_____ Contested confirmation hearing scheduled for ___/___/___ @ ___:___

in Courtroom _____

Amended Plan due _____, Objections due _____

_Richard DeG_
Trustee/Attorney for Trustee