## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ernest O. Ryan and Susan R. Ryan <br>                    <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 15-21019 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

   Kindly enter my appearance on behalf of M&T Bank as servicer for Lakeview Loan Servicing LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8978

                                             Respectfully submitted,

                                               **/s/ James C. Warmbrodt, Esquire**
                                               James C. Warmbrodt, Esquire
                                               jwarmbrodt@kmllawgroup.com
                                             Attorney I.D. No. 42524
                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106
                                             Phone: 215-825-6306
                                             Fax: 215-825-6406
                                             Attorney for Movant/Applicant