**Form 404**

**UNITED STATES BANKRUPTCY COURT**  45 – 41
**WESTERN DISTRICT OF PENNSYLVANIA**  dbas

In re:                                                                            Bankruptcy Case No.: 15–21019–GLT
Related to Docket No. 41
Chapter: 13
Hearing Date: 11/7/18 at 09:00 AM

**Ernest O. Ryan**                                       Susan R. Ryan
Debtor(s)

**CERTIFICATE OF SERVICE OF** _____
           **(Specify Document(s) Served)**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on _____.
                                          (Date)

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: _____ .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service By Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

                                                                     By: _____
                                                                          (Signature)

                                                                          _____
                                                                          Typed Name

                                                                          _____
                                                                          Address

                                                                          _____
                                                                          Phone No.

                                                                          _____
                                                                          List Bar I.D. and State of Admission

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: dbas | Date Created: 10/12/2018 |
| Case: 15–21019–GLT | Form ID: 404 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Kenneth M. Steinberg      julie.steidl@steidl–steinberg.com
aty     Natasha Alejandro         nalejandro@bartifaylaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Ernest O. Ryan        166 Francis Road       Pittsburgh, PA 15239
jdb     Susan R. Ryan         9033 Maple Street      Pittsburgh, PA 15239

TOTAL: 2

Form 600

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ernest O. Ryan** | : | Case No. 15−21019−GLT |
| **Susan R. Ryan** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| Ernest O. Ryan, | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 41 |
| v. | : | |
| Chromaglass, Inc. | : | Hearing Date: 11/7/18 at 09:00 AM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATES FOR RESPONSE
AND HEARING ON MOTION**

      *AND NOW,* this ***The 12th of October, 2018***, a ***Motion To Terminate Wage Attachment*** having been filed at Doc. No. 41 by the Debtor,

      It is hereby **ORDERED, ADJUDGED and DECREED** that:

      (1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

      (2)  ***On or before October 22, 2018,*** any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

      (3)  This *Motion* is scheduled for a non−evidentiary hearing on ***November 7, 2018*** at ***09:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

      (4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter an order by default. ***To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L. Taddonio refer to the calendar section.*** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

      (5)  A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy ***IMMEDIATELY***. The Court may authorize parties or counsel of record to participate in the hearing by telephone provided arrangements are made with the Courtroom Deputy by telephone at least three (3) days prior to the hearing.

*[signature]*
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: Ernest O. Ryan
    Susan O. ryan

Natasha C. Alejandro, Esq.

Natasha C. Alejandro, Esq.

# Notice Recipients

District/Off: 0315−2    User: dbas    Date Created: 10/12/2018
Case: 15−21019−GLT    Form ID: 600    Total: 4

**Recipients of Notice of Electronic Filing:**
aty    Kenneth M. Steinberg    julie.steidl@steidl−steinberg.com
aty    Natasha Alejandro    nalejandro@bartifaylaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ernest O. Ryan    166 Francis Road    Pittsburgh, PA 15239
jdb    Susan R. Ryan    9033 Maple Street    Pittsburgh, PA 15239

TOTAL: 2