FILED
10/24/18 11:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO.  15-21019-GLT |
| | ) | |
| ERNEST O. RYAN and SUSAN R. RYAN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ——————————————— | ) | Related to Docket No. 41 |
| | ) | |
| ERNEST O. RYAN, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHROMAGLASS INC. | ) | |
| | ) | |
| Respondent. | ) | |

ORDER TERMINATING WAGE ATTACHMENT

AND NOW, this _24th Day of October_____, 2018, it is hereby ordered that the wage attachment of income of Movant/Debtor Ernest O. Ryan with Respondent Chromaglass Inc. is hereby terminated.

BY THE COURT:

_____
GREGORY L. TADDONIO
U.S. District Court Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: mgut | Date Created: 10/24/2018 |
| Case: 15–21019–GLT | Form ID: pdf900 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Glenn R. Bartifay | gbartifay@bartifaylaw.com |
| aty | Kenneth M. Steinberg | julie.steidl@steidl–steinberg.com |
| aty | Natasha Alejandro | nalejandro@bartifaylaw.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Ernest O. Ryan | 166 Francis Road | Pittsburgh, PA 15239 |
| jdb | Susan R. Ryan | 9033 Maple Street | Pittsburgh, PA 15239 |

TOTAL: 2