IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 15-21019-GLT |
| | ) | |
| ERNEST O. RYAN and SUSAN R. RYAN, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ERNEST O. RYAN, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO CONVERT CASE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Convert Case filed on October 11, 2018, Doc. No. 39, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Hearing Notice filed on October 12, 2018, Doc. No. 52, Responses to the Motion were to be filed and served no later than October 29, 2018.

It is hereby respectfully requested that the Proposed Order filed on October 11, 2018, Doc. No. 39-1, be entered by the Court.

Dated: October 30, 2018              /s/ Natasha C. Alejandro
                                     NATASHA C. ALEJANDRO, ESQUIRE
                                     Pa. Id. No. 316860
                                     Attorney for Movant/Debtor

                                     BARTIFAY LAW OFFICES, P.C.
                                     3134 Lillian Avenue, First Floor
                                     Murrysville, PA 15668
                                     (412) 824-4011
                                     nalejandro@bartifaylaw.com