IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO.  18-24218-GLT |
| | ) | |
| ERNEST O. RYAN, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ERNEST O. RYAN, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Conversion Order dated 10/31/18, Doc No. 31 was served as follows:

By electronic mail on October 31, 2018, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

By regular mail on November 5, 2018, addressed to the parties in the attached mailing matrix.

Dated: November 5, 2018           s/ Glenn R. Bartifay
                                  GLENN R. BARTIFAY, ESQUIRE
                                  Pa. Id. No. 68763
                                  Attorney for Debtor

                                  BARTIFAY LAW OFFICES, P.C.
                                  3134 Lillian Avenue
                                  First Floor
                                  Murrysville, PA 15668
                                  (412) 824-4011
                                  gbartifay@bartifaylaw.com

```
Label Matrix for local noticing          Penn Hills School District              U.S. Bankruptcy Court
0315-2                                   c/o Maiello, Brungo & Maiello, LLP      5414 U.S. Steel Tower
Case 15-21019-GLT                        3301 McCrady Road                       600 Grant Street
WESTERN DISTRICT OF PENNSYLVANIA         Pittsburgh, PA 15235-5137               Pittsburgh, PA 15219-2703
Pittsburgh
Thu Oct 11 10:01:58 EDT 2018

(p)AMERICAN HONDA FINANCE                American InfoSource LP as agent for     CERASTES, LLC
P O BOX 168088                           Verizon                                 C O WEINSTEIN & RILEY, PS
IRVING TX 75016-8088                     PO Box 248838                           2001 WESTERN AVENUE, STE 400
                                         Oklahoma City, OK  73124-8838           SEATTLE, WA 98121-3132


COMENITY CAPITAL BANK                    Capital One Bank                        Care Credit/Synchrony Bank
C/O WEINSTEIN & RILEY, P.S.              PO Box 71083                            PO Box 960061
2001 WESTERN AVENUE, STE 400             Charlotte, NC 28272-1083                Orlando, FL 32896-0061
SEATTLE, WA 98121-3132


Cavalry SPV I, LLC                       Chase/Slate                             Credit Management
500 Summit Lake Drive, Ste 400           PO Box 15153                            P.O. Box 16346
Valhalla, NY 10595-2321                  Wilmington, DE 19886-5153               Pittsburgh, PA 15242-0346


Credit One Bank                          Duquesne Light Company                  Duquesne Light Company
P.O. Box 60500                           PO Box 61                               c/o Peter J. Ashcroft,
City of Industry, CA 91716-0500          Pittsburgh, PA 15122-0061               Bernstein-Burkley, P.C.,
                                                                                 707 Grant St., Suite 2200, Gulf Tower,
                                                                                 Pittsburgh, PA 15219-1945

I Care Medical LLC                       JCP/Sychrony Bank                       Juniper/Barclays
PO Box 5657                              PO Box 960090                           PO Box 13337
Johnstown, PA 15904-5657                 Orlando, FL 32896-0090                  Philadelphia, PA 19101-3337


LVNV Funding, LLC its successors and assigns    Lakeview Loan Servicing LLC      (p)M&T BANK
assignee of FNBM, LLC                    M&T BANK                                LEGAL DOCUMENT PROCESSING
Resurgent Capital Services               PO BOX 1288                             626 COMMERCE DRIVE
PO Box 10587                             Buffalo, NY 14240-1288                  AMHERST NY 14228-2307
Greenville, SC 29603-0587


Office of the United States Trustee      Paypal                                  Pennsylvania Department of Revenue
Liberty Center.                          2211 North First Street                 Bankruptcy Division PO BOX 280946
1001 Liberty Avenue, Suite 970           San Jose, CA 95131-2021                 Harrisburg, PA 17128-0946
Pittsburgh, PA 15222-3721


Peoples                                  Peoples Natural Gas Company LLC         (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 747105                            225 North Shore Drive, Suite 300        PO BOX 41067
Pittsburgh, PA 15274-7105                Pittsburgh, PA 15212-5860               NORFOLK VA 23541-1067
                                         Attn: Dawn Lindner


Premier Medical Associates               Sam's Club/Sychrony Bank                The Afffiliated Group
PO Box 644985                            PO Box 530942                           3055 41st NW, Suite 100
Pittsburgh, PA 15264-4985                Atlanta, GA 30353-0942                  Rochester, MN 55901-9013
```

| | | |
|---|---|---|
| Verizon<br>PO Box 920041<br>Dallas, TX 75392-0041 | Wal-Mart/Synchrony Bank<br>PO Box 530927<br>Atlanta, GA 30353-0927 | Wal-Mart/Synchrony Bank<br>PO Box 965024<br>Orlando, FL 32896-5024 |
| Ernest O. Ryan<br>9033 Maple Street<br>Pittsburgh, PA 15239-1627 | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |
| Susan R. Ryan<br>9033 Maple Street<br>Pittsburgh, PA 15239-1627 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088<br>866-716-6441 | (d)Honda Financial Services<br>PO Box 7829<br>Philadelphia, PA 19101 | M&T Bank<br>PO Box 62182<br>Baltimore, MD 21264 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (u)M&T Bank as servicer for Lakeview Loan Ser | (d)Penn Hills School District<br>c/o Maiello Brungo & Maiello, LLP<br>3301 McCrady Road<br>Pittsburgh, PA 15235-5137 |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     3
Total                  39