IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: )
) BANKRUPTCY NO. 18-24218-GLT
ERNEST O. RYAN, )
)
Debtor. ) CHAPTER 7

RULE 1019 CONVERSION REPORT

SCHEDULE OF ALL UNPAID DEBTS INCURRED AFTER COMMENCEMENT OF THE CHAPTER 13 CASE AND BEFORE CONVERSION PER BANKRUPTCY RULE 1019(5)(B)(I)

None.

STATEMENTS AND SCHEDULES REQUIRED BY BANKRUPTCY RULES 1019(1)(A) AND 1007(b) NOT FILED WITH THE CHAPTER 13 CASE

None.

SCHEDULE OF ALL PROPERTY NOT LISTED IN THE FINAL REPORT AND ACCOUNT OF THE CHAPTER 13 TRUSTEE WHICH WAS ACQUIRED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE THE ENTRY OF THE CONVERSION ORDER

None.

SCHEDULE OF UNPAID DEBTS NOT LISTED IN CHAPTER 13 TRUSTEE'S FINAL REPORT AND ACCOUNT PER BANKRUPTCY RULE 1019(5)(C)(ii)

None.

SCHEDULE OF EXECUTORY CONTRACTS ENTERED INTO OR ASSUMED AFTER THE COMMENCEMENT OF THE CHAPTER 13 CASE BUT BEFORE ENTRY OF THE CONVERSION ORDER

None.

Dated: November 14, 2018         /s/ Natasha C. Alejandro, Esquire
NATASHA C. ALEJANDRO, ESQUIRE
Pa. Id. No. 316860
Attorney for Debtor

BARTIFAY LAW OFFICES, P.C.
3134 Lillian Avenue
First Floor
Murrysville, PA 15668
(412) 824-4011
nalejandro@bartifaylaw.com

Declaration Under Penalty of Perjury by Individual Debtor

I declare under penalty of perjury that I have read the within Pleading, and that it is true and correct to the best of my knowledge, information, and belief.

Dated: November 14, 2018    Signature:    /s/ Ernest O. Ryan
ERNEST O. RYAN
Debtor