IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO.  18-24218-GLT |
| | ) | |
| ERNEST O. RYAN, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | |
| ERNEST O. RYAN, | ) | |
| | ) | |
| Movant/Debtor, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENT. | ) | |

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Statement of Intention dated 11/14/18, Doc No. 43 was served as follows:

By electronic mail on November 14, 2018, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
crawfordmcdonald@aol.com, PA68@ecfcbis.com

Andrew F Gornall on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC
andygornall@latouflawfirm.com

James Warmbrodt on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing LLC
bkgroup@kmllawgroup.com

By regular mail on November 20, 2018, addressed as follows:

Honda Financial Services
P.O. Box 7829
Philadelphia PA 19101-0000

Dated: <u>November 20, 2018</u>         <u>s/ Glenn R. Bartifay</u>
                                         GLENN R. BARTIFAY, ESQUIRE
                                         Pa. Id. No. 68763
                                         Attorney for Debtor

                                         BARTIFAY LAW OFFICES, P.C.
                                         3134 Lillian Avenue
                                         First Floor
                                         Murrysville, PA 15668
                                         (412) 824-4011
                                         gbartifay@bartifaylaw.com