IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | BANKR. NO. 18-24218-GLT |
| ERNEST O. RYAN, | CHAPTER 7 |
| Debtor. | |
| ERNEST O. RYAN, | |
| Movant/Debtor, | |
| vs. | |
| NO RESPONDENT. | |

**CERTIFICATE OF SERVICE**

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy of the Rule 1019 Conversion Report dated November 14, 2018, Doc No. 42 was served on November 14, 2018 as follows:

By electronic mail, addressed as follows:

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
crawfordmcdonald@aol.com, PA68@ecfcbis.com

Dated: November 20, 2018       s/ Glenn R. Bartifay
                                                            GLENN R. BARTIFAY, ESQUIRE
                                                            Pa. Id. No. 68763
                                                            Attorney for Debtor

                                                           BARTIFAY LAW OFFICES, P.C.
                                                           3134 Lillian Avenue
                                                           First Floor
                                                           Murrysville, PA 15668
                                                           (412) 824-4011
                                                           gbartifay@bartifaylaw.com